UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>Journey )<br>)<br>Defendant(s) )<br>) | CRIMINAL NO. 08MJ0045<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **Stormes**.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody. ((Bond Posted) / Case Disposed / Order of Court).

Siranush Belluyan

DATED: 1-22-08

RECEIVED _____
             DUSM

Nita L. Stormes
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
              Deputy Clerk