1  RUSSELL S. BABCOCK
   California State Bar No. 99130
2  Certified Specialist, Criminal Law
   State Bar of California Board of Legal Specialization
3  LAW OFFICES OF RUSSELL S. BABCOCK
   1400 Sixth Avenue, Ste. 210B
4  San Diego, California 92101
   Russbab@aol.com
5  (619) 531-0887

6  Attorney for Randell Journey,

7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11
    UNITED STATES OF AMERICA,        )   CR. NO. 08-MJ-00045
12                                   )
              Plaintiff,             )   GENERAL APPEARANCE
13                                   )   AND SUBSTITUTION OF COUNSEL
         v.                          )
14                                   )
    RANDELL JOURNEY                  )
15                                   )
              Defendant.             )
16  _____  )

17
         Comes now Russell S. Babcock and hereby substitutes as counsel and enters his
18
    general appearance on behalf of defendant, Randell Journey.
19

20
                                         Respectfully submitted,
21

22  Dated:  January 29, 2008             /s/Russell S. Babcock
                                         Russell S. Babcock
23                                       Attorney for JOURNEY

24

25  I consent to the substitution.

26
    Dated:  January 29, 2008             /s/   Chris Cross
27                                       Attorney at Law

28