PROOF OF SERVICE BY MAIL OR HAND DELIVERY

Case Name: **United States v. Journey**

No.:   08-mj-00045

I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action.  My business address is that of 1400 Sixth Ave., Suite #210, San Diego, California  92101

I am not a party to the above-entitled action.  I have cause service of Motion for Downward Departure   by electronically filing the foregoing with the Clerk of the District Court using the ECF System, which electronically notifies them:

Office of the U.S. Attorney

Executed on  January 29, 2008  at San Diego, California.

I declare under penalty of perjury that the above is true and correct.

/s/ Russell S. Babcock
Russell S. Babcock