U.S.A. vs   RANDELL LANE JOURNEY                                        No.   08CR225-BEN

The Court finds excludable delay, under the section indicated by check ( ✓ ),
commenced on __2/7/08_____ and ended on __4/28/08_____; (X7,XT1)
                _____ and ended on _____.(     )

__3161(h)__
___(1)(A)      Exam or hrg for **mental or physical incapacity**                                A
___(1)(B)      **NARA exam**ination (28:2902)                                                   B
___(1)(D)      State or Federal trials or **other charges pending**                             C
___(1)(E)      **Interlocutory appeals**                                                        D
___(1)(F)      **Pretrial motions** (from flg to hrg or other prompt dispo)                     E
___(1)(G)      **Transfers from other district** (per FRCrP 20, 21 & 40)                        F
___(1)(J)      **Proceedings under advisement** not to exceed thirty days                       G
___            Misc proc:  Parole or prob rev, deportation, **extradition**                     H
___(1)(H)      **Transportation** from another district or to/from examination                  6
               or hospitalization in ten days or less
_X_(1)(I)      Consideration by Court of **proposed plea agreement**                           ⑦
___(2)         **Prosecution deferred** by mutual agreement                                     I
___(3)(A)(B)   **Unavailability of defendant** or **essential witness**                         M
___(4)         Period of **mental or physical incompetence** of defendant to                    N
               stand trial
___(5)         Period of **NARA commitment or treatment**                                       O
___(6)         **Superseding indictment and/or new charges**                                    P
___(7)         **Defendant awaiting trial of co-defendant** when no severance                   R
               has been granted
___(8)(A)(B)   **Continuance**s granted per (h)(8)-use "T" alone if more than                   T
               one of the reasons below are given in support of continuance
___(8)(B)(I)   1) Failure to grant a **continuance** in the proceeding                         ⑪
               would result in a **miscarriage of justice** and
               the ends of justice outweigh the best interest
               of the public and the defendant in a speedy trial.
               **(Continuance - miscarriage of justice)**
_X_            2) Failure to grant a **continuance** of the trial would result in
               a miscarriage of justice as the defendant has tendered a
               guilty plea to a magistrate judge and is awaiting a
               determination as to whether the plea will be accepted.
               **(Continuance - tendered a guilty plea)**
___(8)(B)(ii)  2) **Case** unusual or **complex**                                              T2
___(8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days      T3
___(8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel,            T4
               or give reasonable time to prepare
               **(Continuance re counsel)**
___3161(I)     Time up to **withdrawal of guilty plea**                                         U
___3161(b)     **Grand jury indictment time extended** thirty (30) more days                    W

Date_2/7/08_____                                    _____
                                                      Judge's Initials