FILED
2008 APR -3 PM 4:29
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>vs.<br>RANDELL LANE JOURNEY<br>Defendant. | Criminal Case No.: 08cr0225 BEN-1<br>Magistrate Case No.: 08mj0045<br><br>(Amended)<br>ORDER TO EXONERATE BOND |

IT IS HEREBY ORDERED that the personal surety bond of $40,000.00 which secured the presence of the Material Witness, Astghik Navoyan be exonerated forthwith, and the cash deposit of $4,000.00 to be returned to the surety at the following address;

Zhora Burtoyan

1123 Allen Avenue, Apt.. 8

Glendale, AZ 91201

Date: March 28, 2008

Nita L. Stormes
United States Magistrate Judge

Order to Exonerate Bond

1