# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

*This space for Clerk's Office File Stamp*

08 JUL -1 AM 2:47

TO: [X] U. S. DISTRICT JUDGE / [ ] U. S. MAGISTRATE JUDGE  Judge Roger T. Benitez
FROM: J. Hinkle, Deputy Clerk    RECEIVED DATE: 6/23/08  BY: ECU DEPUTY
CASE NO.: 08cr225-BEN    DOCUMENT FILED BY: Dft Randell Lane Journey
CASE TITLE: USA v Journey
DOCUMENT ENTITLED: Petition to Consider Reduction

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: Case is closed.  *ex parte* |

Date forwarded: 6/24/08

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

[ ] The document is to be filed nunc pro tunc to date received.

[X] The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? [ ] Yes. ECU  Court Copy retained by chambers [ ]

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: BENITEZ

Dated: 7/3/08    By: [signature]
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

**REJECTED**

Re: Randell Journey Lane
REG # 06915-298
M.C.C.
808 Union Street
San Diego, Calif. 92101
Pro Per

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HON. ROGER T. BENITEZ)

United States of America,
   Plaintiff,
   v.
Randell Journey Lane,
   Defendant

CASE No. 08CR00225-001-BEN

PETITION TO CONSIDER REDUCTION UPON CORRECTION OF SENTENCE UNDER Rule 35(b)

The defendant RANDALL JOURNEY LANE, Pro Per, hereby submits the instant Petition, for this Court's consideration.

The defendant Randall Journey Lane, by virtue of Rule 35(b) for Correction or Reduction of Sentence, hereby requests this Honorable Court to correct sentence in accordance with the following findings: (a) Correcting Clear Error.